UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MALAK BAALIM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:19CV2671 HEA |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on its own motion. Pro se litigant Malak Baalim has filed a civil complaint against the United States of America, St. Charles County, the State of Missouri, St. Charles Municipal Court, Joel David Brett, the St. Peters Police Department, and the Missouri State Highway Patrol. However, he has not paid the statutory filing fee or filed a motion for leave to proceed in forma pauperis. Therefore, the Court will order plaintiff to either pay the filing fee or to submit a motion for leave to proceed in forma pauperis.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall send to plaintiff a copy of the Court's motion to proceed in forma pauperis form.

**IT IS FURTHER ORDERED** that plaintiff shall either pay the full filing fee or file a motion to proceed in forma pauperis within **twenty-one (21) days** of the date of this order.

**IT IS FURTHER ORDERED** that if plaintiff fails to respond to this order within twenty-

one (21) days, this case will be dismissed without prejudice and without further notice.

Dated this 2nd day of October, 2019.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE